UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN -- SOUTHERN DIVISION

IAN LYNGKLIP,
      Plaintiff

 -vs-                                    Case No. 2:10-CV-12592
                                          Hon. Paul D. Borman
                                          Magistrate Judge: Virginia M. Morgan

LEGAL HELPERS DEBT RESOULTION, LLC,
LEGAL HELPERS, P.C. ,
MACEY ALEMAN HYSLIP & SEARNS ,

      Defendant

## NOTICE OF APPEARANCE OF COUNSEL

      Ian Lyngklip  enters his appearance in this case and requests service of all pleadings and

documents in this case.

                            Respectfully Submitted,


                            By:  s/ Ian B. Lyngklip
                            24500 Northwestern Highway, Ste. 206
                            Southfield, MI 48075
                            (248) 208-8864
                            IanLyngklip@Att.Net
Dated: July 13, 2010