UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
Southern Division

IAN LYNGKLIP,

    Plaintiff

v.                                CASE NO. 2:10-cv-12592

LEGAL HELPERS DEBT RESOLUTION, LLC.,
LEGAL HELPERS, P.C.
MACEY ALEMAN HYSLIP & SEARNS,

    Defendants

## NOTICE OF APPEARANCE OF COUNSEL

Leonard A. Bennett enters his appearance in this case and requests service of all pleadings and documents in this case.

                Respectfully submitted,

                _____/s/_____
                Leonard A. Bennett
                Consumer Litigation Associates, P.C.
                Counsel for Plaintiff
                12515 Warwick Boulevard, Suite 100
                Newport News, VA 23606
                (757) 930-3660
                (757) 930-3662 facsimile
                lenbennett@clalegal.com

Dated July 13, 2010