UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN -- SOUTHERN DIVISION

IAN LYNGKLIP,
    Plaintiff

 -vs-                                                  Case No. 2:10-CV-12592
                                                         Hon. Paul D. Borman
                                                        Magistrate Judge: Virginia M. Morgan

LEGAL HELPERS DEBT RESOULTION, LLC,
LEGAL HELPERS, P.C. ,
MACEY ALEMAN HYSLIP & SEARNS ,

    Defendant

## RETURN OF SERVICE

    A copy of the summons and complaint has been served upon the defendant in the manner indicated below:

    Name of Defendant served:    Legal Helpers, P.C.

    Date of service:    July 7, 2010

    Method of Service    Certified Mail Return Receipt

    *I declare under the penalty of perjury that the information contained in this Return of Service is true.*

                                            Respectfully Submitted,

                                            By:  s/ Julie A. Petrik
                                            Julie A. Petrik (P-47131)
                                            LYNGKLIP & ASSOCIATES
                                            CONSUMER LAW CENTER, PLC
                                            Attorney For Ian Lyngklip
                                            24500 Northwestern Highway, Ste. 206
                                            Southfield, MI 48075
                                            (248) 208-8864
                                            JuliePetrik@Att.Net

Dated: October 26, 2010

## Certificate of Service

I hereby certify that on October 26, 2010, I electronically filed the foregoing paper with the Clerk of the Court and served this document on the following parties:

| Party | Manner Served |
|---|---|
| Jeffrey Hyslip<br>Legal Helpers Debt Resolution, LLC<br>Attorney For Legal Helpers Debt Resoultion, LLC<br>233 S. Wacker Dr., Ste. 5150<br>Chicago, IL  60606<br>PHONE: (312) 753-7536 FAX: | Via US Mail Electronically via email to Jeffrey S. Hyslip [jsh@legalhelpers.com] |

Respectfully Submitted,


By:  s/ Julie A. Petrik
Julie A. Petrik P47131
LYNGKLIP & ASSOCIATES
CONSUMER LAW CENTER, PLC
Attorney For Ian Lyngklip
24500 Northwestern Highway, Ste. 206
Southfield, MI 48075
(248) 208-8864
JuliePetrik@Att.Net

Dated: October 26, 2010

Article #:   71791000164907675541
Date/Time:   7/1/2010   3:19:37PM

File: Lygklip
Internal File #:
Internal Code #:

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

71791000164907675541

| | | |
|---|---|---|
| Postage | $ 0.61 | |
| Certified Fee | 2.80 | Postmark Here |
| Return Receipt Fee (Endorsement Required) | 2.30 | |
| Restricted Delivery Fee (Endorsement Required) | 0.00 | |
| Total Postage & Fees | $ 5.71 | |

Sent To: c/o Jeffrey Hyslip
Legal Helpers
Street, Apt. No.; or PO Box No.
233 S. Wacker Drive, Suite 5150
City, State, Zip+4: Chicago, IL 60606

PS Form 3800, August 2006     See Reverse for Instructions

File: Lygklip

---

**2. Article Number**

71791000164907675541

**1. Article Addressed to:**

c/o Jeffrey Hyslip
Legal Helpers
233 S. Wacker Drive, Suite 5150
Chicago, IL 60606

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Jennifer Garcia*    ☐ Agent   ☐ Addressee

B. Received by (Printed Name): JENNIFER GARCIA
C. Date of Delivery: 7-7-10

D. Is delivery address different from item 1?   ☐ Yes   ☐ No
If YES enter delivery address below:

3. Service Type: ☒ Certified
4. Restricted Delivery? (Extra Fee)   ☐ Yes

File: Lygklip
PS Form 3811     Domestic Return Receipt