| | | | |
|---|---|---|---|
| ClientCaseID: | PETRIK,JULIE | CaseReturnDate: | 12/5/10 |
| Law Firm ID: | LYNGKL | | |



Affidavit of Special Process Server

## UNITED STATES DISTRICT COURT

Case Number **10CV12592**

I, JONATHAN R. DIXON

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT AND IS A REGISTERED EMPLOYEE OF PRIVATE DETECTIVE AGENCY #117-001292 STERN PROCESS & INVESTIGATION LLC 205 W. RANDOLPH ST. CHICAGO IL 60606 LICENSED BY THE ILLINOIS DEPARTMENT OF FINANCIAL AND PROFESSIONAL REGULATION.

### CORPORATE SERVICE

THAT I SERVED THE WITHIN   ORDER TO EXTEND PERIOD FOR SERVICE AND TO ALLOW ALTERNATE SERVICE; SUMMONS IN A CIVIL ACTION; COMPLAINT & JURY DEMAND

ON THE WITHIN NAMED DEFENDANT **MACEY ALEMAN HYSLIP & SEARNS**
PERSON SERVED **CRYSTAL LICON, MESSENGER**
BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT ON **11/5/10**

SERVED THROUGH THE SECURITY DESK, I WAS DIRECTED TO THE MESSENGER CENTER. I COPY OF THE DOCUMENTS WAS MAILED TO THE DEFENDANT ON 11-5-10.

That the sex, race and approximate age of the person whom I left the document(s) are as follow:

| Sex | FEMALE | Race | HISPANIC | Age | 20'S |
|---|---|---|---|---|---|
| Height | 5'6" | Build | MEDIUM | Hair | BLACK |

LOCATION OF SERVICE   **233 S. WACKER DRIVE, SUITE 5150 CHICAGO, IL, 60606**

Date Of Service   **11/5/10**   Time of Service   **11:54 AM**

JONATHAN R. DIXON   11/5/2010
Special Process Server
P.E.R.C.#129-316846

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.

Total:   $55.00